DIMMICK v. UNITED STATES. (Circuit Court of Appeals, Ninth Circuit. October 27, 1903.) No. 887. George D. Collins, for plaintiff in error. Marshall B. Woodworth, for the United States. No opinion. Motion for reversal of judgment denied.

---

EDWARDS v. SOUTHERN BELL TELEPHONE & TELEGRAPH CO. (Circuit Court of Appeals, Fifth Circuit. October 17, 1903.) No. 1,292. In Error to the Circuit Court of the United States for the Northern District of Georgia. Reuben R. Arnold, for plaintiff in error. W. S. McHenry, for defendant in error. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. The judgment of the Circuit Court is affirmed.

---

THE EUDORA. (Circuit Court of Appeals, Third Circuit. October 12, 1903.) No. 26. Appeal from the District Court of the United States for the Eastern District of Pennsylvania. J. H. Brinton, for appellants. Horace L. Cheyney, for appellee. Before ACHESON, DALLAS, and GRAY, Circuit Judges.

PER CURIAM. In this case we certified to the Supreme Court the following questions: First. Is the act of Congress of December 21, 1898 (30 Stat. 755, c. 28 [U. S. Comp. St. 1901, p. 3079]), properly applicable to the contract in this case? Second: Under the agreed statement of facts above set forth, upon a libel filed by said seamen, after the completion of the voyage, against the British vessel, to recover wages which were not due to them under the terms of their contract or under the law of Great Britain, were the libelants entitled to a decree against the vessel? The mandate of the Supreme Court (23 Sup. Ct. 821, 47 L. Ed. 1002) has come down to us, certifying that in the opinion of that court "the questions certified must each be answered in the affirmative." Accordingly we hold that the District Court erred in dismissing the libel. The decree of the District Court (110 Fed. 430) is reversed, and the cause is remanded to that court for further proceedings in accordance with the opinion of the Supreme Court.

---

FARREL et al. v. BOSTON & M. CONSOL. COPPER & SILVER MIN. CO. (Circuit Court of Appeals, Ninth Circuit. October 5, 1903.) No. 965. Appeal from the Circuit Court of the United States for the District of Montana. H. A. Seymour and John H. Miller, for appellants. Upon motion of counsel for appellants, the appeal is dismissed.

---

HARGADINE–McKITTRICK DRY GOODS CO. et al. v. BRADLEY. (Circuit Court of Appeals, Eighth Circuit. September 19, 1903.) No. 1,985. In Error to the United States Court of Appeals for the Indian Territory. W. A. Ledbetter, for plaintiffs in error. W. F. Bowman, for defendant in error. Motion of plaintiffs in error for leave to file and docket record denied. Writ of error docketed and dismissed, with costs, pursuant to rule 16, on motion of defendant in error.